IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

JAMES COLLINS,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
Petitioner,
DISPOSITION THEREOF IF FILED

v.

CASE NO. 1D17-2921

STATE OF FLORIDA,

Respondent.

_____/

Opinion filed August 24, 2017.

Petition for Writ of Prohibition -- Original Jurisdiction.

James Collins, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for writ of prohibition is denied on the merits.

LEWIS, RAY, and JAY, JJ., CONCUR.